UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN K. CHISHOLM

VERSUS                             CIVIL ACTION NO.: 09-1044-JVP-DLD

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 28, 2010 (doc. 11). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 26, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA