UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN K. CHISHOLM

VERSUS  CIVIL ACTION NO.: 09-1044-JVP-DLD

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Louisiana Department of Public Safety and Corrections and Adult Services, and against the plaintiff, Brian K. Chisholm, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, February 26, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA